```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

KAREN PALMA and HALLIE SELGERT,

         Plaintiffs,
v.                                Case No.  8:13-cv-698-T-33MAP

METROPCS WIRELESS, INC.,

         Defendant.
_____/
```

## ORDER

This matter is before the Court pursuant to Plaintiffs' Second Unopposed Motion to File Exhibits to Plaintiffs' Motion for Partial Summary Judgment Under Seal (Doc. # 247), which was filed on May 23, 2014. For the reasons that follow, the Court grants the Motion.

## Analysis

Plaintiffs seek an Order authorizing Plaintiffs to file the following documents under seal: "(a) Corporate Structure Chart; (b) Employee Handbook; (c) various policies; (d) Indirect Dealer Agreement; (e) 2011 Blueprint for Success; (f) MetroPCS' Dealer Approved Collateral Guide; (g) Summary of P1 and P2 (setting forth basic ASR job parameters)." (Doc. # 247 at 1).

In this district, the proponent of a motion to seal must include: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is

necessary; (iii) the reason for sealing each item; (iv) the reason that a means other than sealing is unsatisfactory to preserve the interest advanced by the motion to seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of law.  <u>See</u> Local Rule 1.09(a), M.D. Fla.  The relevant rule also states: "Unless otherwise ordered by the Court for good cause shown, no order sealing any item pursuant to this section shall extend beyond one year, although a seal is renewable by a motion that complies with (b) of this rule, identifies the expiration of the seal, and is filed before the expiration of the seal."  <u>See</u> Local Rule 1.09(c), M.D. Fla.

Plaintiffs have satisfied these requirements.  The items to be sealed are described in the Motion, and Plaintiffs have provided a satisfactory reason why the documents must be filed as they "are directly relevant to Plaintiffs' claims that Defendant violated the FLSA with regard to their employment, by virtue of their failure to pay Plaintiffs appropriate overtime premiums, despite the fact that they worked forty (40) hours per week in virtually all workweeks.  As such, the filing of the documents with the Court is necessary for Plaintiffs to effectively support their Motion for Partial Summary Judgment." (Doc. # 247 at 2).

In addition, Plaintiffs have provided the documents to

the Court, and the Court has reviewed each document. The Court determines that each document is confidential and proprietary and that good cause exists to seal each document. Disclosure of the documents to the public could put Defendant at a competitive disadvantage or otherwise invade Defendant's legitimate privacy interests. Plaintiffs also maintain that they are "not aware of any other means other than sealing which would satisfactorily preserve or protect the interests asserted by both parties with respect to the confidential information." (Id.). Plaintiffs request that the documents remain under seal for one year. After carefully reviewing the Motion and the documents, the Court grants the Motion to Seal.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Plaintiffs' Second Unopposed Motion to File Exhibit to Plaintiffs' Motion for Partial Summary Judgment Under Seal (Doc. # 247) is **GRANTED**.

(2) The Clerk is directed to file the exhibits identified in the Motion under seal.

(3) The documents shall remain under seal for a period of one year.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of May, 2014.

3

_/s/ Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record